IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> PRESTON CONSTRUCTION, LLC, an Illinois corporation, <br><br> Defendant. | Case No. 22 cv 7018 <br><br> Judge Alonso |

## MOTION FOR ENTRY OF JUDGMENT IN SUM CERTAIN PURSUANT TO AN INSTALLMENT NOTE

Now come Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers; District Council Retiree Health and Welfare Fund, and Catherine Wenskus (collectively referred to hereinafter as the "Funds"), by and through their attorney, Amy Carollo, and hereby move this Court for the entry of judgment in sum certain pursuant to an executed Installment Note. In support of this Motion, Plaintiffs state as follows:

1. The Funds filed their Complaint on December 14, 2022, seeking to compel the Company to submit and pay its benefit reports/contributions for September 2022 forward, submit and pay its dues reports/dues for September 2022 forward, pay all liquidated damages, interest, accumulated liquidated, and submit its books and records to an audit upon demand.

2. The Court entered an order of default on April 27, 2023.

3. To resolve the litigation, Preston Construction LLC ("Preston" or the "Company") requested it be allowed to enter into a note and guaranty to pay the amounts owed. They requested to pay the down payment in two payments. The Funds agreed. A copy of the fully executed Installment Note is attached as Exhibit A.

4 The Installment Note requires Preston to pay the Funds $34,167.97 over twenty-four (24) months, with the Company paying $6,874.95 as the down payment over two months. The first portion of the down payment was due June 15, 2023, and the second portion of the down payment was due July 15, 2023. *See* Exhibit A, ¶3.

5. Preston stated on June 17, 2023 that it would put the signed note and guaranty and the first part of the down payment in the mail on June 20, 2023. A copy of the June 17, 2023 email is attached as Exhibit B.

6. On July 10, 2023 Plaintiffs' Counsel explained to Preston that the note, guaranty, and check were not received. She requested the Company pay the first portion of the down payment on the Funds' online payment portal and also email her the signed Note and Guaranty. A copy of the email between Funds' Counsel and Preston is attached as Exhibit C.

7. Preston emailed a copy of the signed Installment Note and Guaranty. *See* Exhibit A for the Installment Note.

8. Preston submitted payment for the first portion of the down payment. The payment was rejected for insufficient funds ("NSF"). Funds' Counsel explained this to Preston on July 20, 2023. Funds' Counsel stated that Preston needed to drop off a certified check for both the first and second portions of the down payment (due June 15 and July 15, 2023, respectively) by July 21, 2023.

Preston stated that it would. A copy of the series of emails is attached as Exhibit D. *See also* Declaration of Alicia Grossi, Exhibit E, ¶ 8.

9. Preston failed to make the payment on July 21, 2023. On July 24, 2023, Funds' Counsel stated that the Company needed to drop off the full down payment in certified funds by the end of business on the 24th. This July 24, 2023 email is attached as Exhibit F.

10. The Funds' Field Representative emailed with the Company on July 24, 2023. In response to that email, Preston stated that it would drop off the down payment by 8 am on July 25, 2023. Preston did not make this payment. *See* Exhibit E, ¶ 9.

11. Under the terms of the Note, the Company has ten days following the date on which payment should have been received to cure any nonpayment. If the Company does not cure the deficiency, the payments are delinquent, and all payments due under the Note become immediately due. The Company also agreed to pay all attorneys' fees and costs incurred by the Funds in any action to enforce collection of the Note amounts. *See* Exhibit A, ¶ 7.

12. The two portions of the down payments were due June 15 and July 25, 2023. The Company has not paid either. *See* Exhibit A, ¶ 3. *See also* Exhibit E, ¶ 10.

13. Consequently, the Note payments are delinquent. Pursuant to the terms of the Note, all amounts due under Note ($34,167.97) are now due.

14. Furthermore, the Company is responsible for paying the Funds' fees and costs incurred with enforcing this Note. The Funds have spent $477.00 to enforce this Note. A copy of the Declaration of Amy Carollo is attached as Exhibit G.

15. By virtue of failing to remit the down payment and failing to cure, the Company is in default of the terms and conditions of the Note. Judgment should be entered against the Company in

the amount of $34,644.97, comprised of $34,167.97 owed on the Installment Note plus $477.00 of attorneys' fees incurred by the Funds as a result of enforcing the terms of the Installment Note.

WHEREFORE, Plaintiffs respectfully request that this Court grants it Motion for Entry of Judgment in Sum Certain Pursuant to the Installment Note and;

a. enter judgment in favor of the Funds and against Defendant Preston Construction, LLC in the amount of $34,644.97, representing $34,167.97 on the Installment Note plus $477.00 in attorneys' fees incurred by the Funds for enforcing the terms of the Installment Note;

b. order Defendant Preston Construction, LLC to pay post judgment interest on the judgment amount until it is fully paid to the Funds; and

c. for any other relief deemed just and equitable.

Respectfully submitted,

July 31, 2023　　　　　　　　　　　　　　　　　Laborers' Pension Fund, et al.

By: /s/Amy Carollo

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

4